IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GILBERT SALINAS,                         )
                                         )      2:05-cv-00951-GEB-GGH
                    Plaintiffs,          )
                                         )      ORDER TO SHOW CAUSE
          v.                             )      RE DISMISSAL
                                         )
GABRIELA AGUIRRE; JOSE JESUS             )
RODRIGUEZ, and DOES 1 through 10,        )
inclusive,                               )
                                         )
                    Defendants.          )
                                         )

        By Order filed August 17, 2005, Plaintiff was Ordered to
Show Cause ("OSC") why sanctions should not be imposed for his failure
to file a joint status report and the Status Conference was continued
to September 19, 2005.  Plaintiff was required to file a response to
the OSC no later than September 6, 2005, and was also ordered to file
a joint status report no later than September 6.  To date, neither a
response to the OSC or a status report has been filed.

        Plaintiff is ORDERED TO SHOW CAUSE, by filing a written
statement, not later than 12:00 noon on September 12, 2005, why the
Court should not dismiss this case for failure to prosecute.  Failure

1 | to comply with this Order shall be deemed a consent to dismissal and

2 | this action will be dismissed.  Cf. Brydges v. Lewis, 18 F.3d 651,

3 | 652-53 (9th Cir. 1994).

4 |

5 |      IT IS SO ORDERED.

6 | DATED:   September 7, 2005

7 |                                    /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
8 |                                    United States District Judge