UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS, | 2:05-cv-00951-GEB-GGH |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS <u>(PRETRIAL SCHEDULING)</u> <u>CONFERENCE</u> |
| GABRIELA AGUIRRE; JOSE JESUS RODRIGUEZ; TAHOE PINE CONE PLAZA, A CALIFORNIA LIMITED PARTNERSHIP and DOES 1 through 10, inclusive, | |
| Defendants. | |

   Plaintiff's Status Report filed November 23, 2005, and the accompanying Declaration of Christiana Poynter indicate that Plaintiff's First Amended Complaint has been served on each Defendant and that no Defendant has filed a responsive pleading. (Pl.'s Status Report at 1-2; Poynter Decl. ¶¶ 3, 4.) Plaintiff also states that he intends to request entry of default against Defendants Tahoe Pine Cone Plaza ("Plaza") and Jose Jesus Rodriguez ("Rodriguez"). (Poynter Decl. ¶¶ 4, 16.) Further, Plaintiff states that there is an unresolved "service issue" with Defendant Gabriela Aguirre ("Aguirre"). (<u>Id.</u> at ¶¶ 9, 16.) Nevertheless, Plaintiff's Status

Report indicates that this action may be fully scheduled.

Plaintiff, however, has not shown that the schedule he proposes is appropriate. Plaintiff's Status Report failed to address when and how Plaintiff will litigate default proceedings against Defendants Plaza and Rodriguez. Furthermore, Plaintiff does not say when the "service issue" relating to Defendant Aguirre will be resolved.[1] Without elucidation by the Plaintiff as to when and in what manner he intends to proceed against each Defendant the Court cannot establish a meaningful Rule 16 scheduling order. Therefore, the Status (Pretrial Scheduling) Conference set for December 12, 2005, is rescheduled for January 23, 2006, at 9:00 a.m. The Plaintiff shall file a further status report no later than January 9, 2006, which explains when and how Plaintiff intends to litigate default proceedings, and when and how Plaintiff intends to proceed against Defendant Aguirre.

Plaintiff shall promptly serve a copy of this Order on Defendant Aguirre.

IT IS SO ORDERED.

DATED: December 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] It now appears doubtful that this issue will be resolved. The declaration of Christiana Poynter indicates that Plaintiff had not requested entry of default against Defendant Rodriguez because he was hopeful the "service issue" relating to Defendant Aguirre, Defendant Rodriguez's wife, would be resolved. (Poynter Decl. ¶¶ 14, 16.) However, after filing his Status Report Plaintiff requested the Clerk of the Court enter a default against Defendant Rodriguez. This action seems to indicate that Plaintiff has given up hope of resolving the "service issue" relating to Defendant Aguirre other than in a default proceeding.