IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT SALINAS,<br>      Plaintiff,<br><br>  v.<br><br>GABRIELA AGUIRRE; JOSE JESUS RODRIGUEZ; TAHOE PINE CONE PLAZA, A CALIFORNIA LIMITED PARTNERSHIP, and DOES 1 through 10,<br>      Defendants. | 2:05-cv-00951-GEB-GGH<br><br>ORDER |

      Since a portion of the joint status report (JSR) filed January 9, 2006, is woefully inadequate, another JSR shall be filed no later than February 7, 2006.  Therefore, the status conference scheduled for January 23, 2006, is reset for hearing on February 21, 2006.  Plaintiff shall explain in the JSR how and when Plaintiff will prosecute a default against Defendant Rodriguez and Defendant Tahoe Pine Cone Plaza, and what issues are involved in the default.

Dated:   January 11, 2006

                                            /s/ Garland E. Burrell, Jr.
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28