1 | Sara B. Allman, Esq., CSB #107932
2 | Steven A. Nielsen, Esq., CSB #133864
   | ■ ALLMAN & NIELSEN ■
3 | A Professional Corporation
   | 100 Larkspur Landing Circle, Suite 212
4 | Larkspur, CA  94939
   | Telephone:   (415) 461-2700
5 | Facsimile:    (415) 461-2726

6 | Attorneys for Defendant and Cross-Complainant
   | GABRIELA AGUIRRE and Cross-Complainant RAPHAEL AGUIRRE
7 |
   | UNITED STATES DISTRICT COURT
8 |
   | EASTERN DISTRICT OF CALIFORNIA
9 |
   | [Sacramento Courthouse]
10 |

11 | GILBERT SALINAS,                               Case No.: 05-CV-00951 GEB GGH

12 |           Plaintiff,                          SUBSTITUTION OF ATTORNEY AND
   |    vs.                                        [PROPOSED] ORDER
13 |

14 | GABRIELA AGUIRRE; JOSE JESUS
   | RODRIGUEZ; TAHOE PINE CONE PLAZA, A
15 | CALIFORNIA LIMITED PARTNERSHIP and
   | DOES 1 through 10, inclusive,
16 |
   |           Defendants.
17 |

18 | GABRIELA AGUIRRE and RAPHAEL
   | AGUIRRE,
19 |
   |           Cross-Complainants
20 |    vs.

21 | TAHOE PINE CONE PLAZA, A CALIFORNIA
   | LIMITED PARTHERSHIP, and ROES 1 through
22 | 10, inclusive

23 |           Cross-Defendants.
24 |
   |       TO THE COURT AND ALL ATTORNEYS OF RECORD:
25 |
   |       PLEASE TAKE NOTICE THAT:

-1-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant and cross-complainant GABRIELA AGUIRRE and cross-complainant
2  RAPHAEL AGUIRRE hereby substitute Sara B. Allman of Allman & Nielsen P.C., located at
3  100 Larkspur Landing Circle, Suite 212, Larkspur, California 94939 as their attorney of record in
4  the above-referenced action in place of Charles Richmond, Esq. of the Law Offices of Charles
5  Richmond, 2537 Via Pisa, Del Mar, California 92014.

7  Dated: _____                                  _____
                                                             GABRIELA AGUIRRE
8

9  Dated: _____                                  _____
                                                             RAFAEL AGUIRRE
10

11  I ACCEPT THIS SUBSTITUTION.

12  Dated: March 13, 2006                                   ALLMAN & NIELSEN, P. C.

14                                                          By: _____
                                                             Sara B. Allman, Esq.
15                                                          Attorneys for Defendant and Cross-
                                                             Complainant GABRIELA AGUIRRE and
16                                                          Cross-Complainant RAPHAEL AGUIRRE

17  I CONSENT TO THE ABOVE SUBSTITUTION.

18  Dated: _____                                  Law Office of Charles Richmond

20                                                          By: _____
                                                             Charles Richmond, Esq.
21                                                          Attorneys for Defendant and Cross-
                                                             Complainant GABRIELA AGUIRRE and
22                                                          Cross-Complainant RAPHAEL AGUIRRE

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1

<u>ORDER</u>

2

The foregoing substitution of attorneys is authorized by the Court.

3

IT IS SO ORDERED.

4

DATED: March 13, 2006

5

<u>/s/ Garland E. Burrell, Jr.</u>

6

GARLAND E. BURRELL, JR.
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-3-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com